NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000598**
**14-DEC-2012**
**09:34 AM**

NO. CAAP-11-0000598

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


KK LC HOTELS HOLDINGS, a Japan corporation,
Plaintiff-Appellee,
v.
HAWAII VIP COUNTRY CLUB, INC. a Hawaii corporation,
Defendant-Appellant,
and
HAWAII GOLF KANRI KABUSHIKI KAISHA, a Japan corporation;
JAPAN GRAND PRIX (HAWAII), LTD., a Hawaii corporation;
MAKENA CLARITAGE LP, a Cayman Islands Exempted Limited
Partnership, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0150)


ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the Stipulation for Dismissal of Appeal
with Prejudice (Stipulation for Dismissal) filed on December 12,
2012 by the parties hereto, and in consideration of the record
and files in this case, it is hereby ordered that the Stipulation
for Dismissal is approved and this appeal is dismissed with

prejudice, each party to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, December 14, 2012.

Presiding Judge

Associate Judge

Associate Judge